# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

146297

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

TAMARA JESSEE,
           Plaintiff-Appellant,

v

WALGREEN COMPANY and PAUL C.
HAGADONE d/b/a FLOOR PRO,
           Defendants-Appellees,
and

FRANCIS FLOOR CARE, INC.,
           Defendant.

SC: 146297
COA: 306563
Ogemaw CC: 10-657752-NO

_____/

On order of the Court, the application for leave to appeal the October 25, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

t0325